| | |
|---|---|
| Gregory S. Mason, # 148997<br>M. Leah Cameron # 274637<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:     (559) 433-1300<br>Facsimile:      (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Specially Appearing Defendants
PICAYUNE RANCHERIA OF CHUKCHANSI
INDIANS, CHUKCHANSI ECONOMIC
DEVELOPMENT AUTHORITY dba CHUKCHANSI
GOLD RESORT & CASINO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MERRILL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS dba CHUKCHANSI GOLD RESORT & CASINO and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.  1:10-CV-01155-OWW-SKO<br><br>**ORDER GRANTING DEFENDANT PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS' MOTION TO DISMISS**<br><br>**Date: February 7, 2011<br>Time: 10 a.m.<br>Courtroom: 3<br>Judge: Hon. Oliver W. Wanger** |

　　　　The Motion to Dismiss of Defendant Picayune Rancheria of Chukchansi Indians came regularly for hearing on February 7, 2011, at 10 a.m., in Courtroom 3 before the Honorable Oliver W. Wanger, of the above-entitled Court.  All appearances are noted on the record.

　　　　After reviewing all the papers on file with the Court and entertaining oral argument thereon, the Court ruled that Defendant is a federally recognized Indian Tribe entitled to sovereign immunity and that such sovereign immunity has not been expressly waived.  Based on the foregoing,

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
1:10-CV-01155-OWW-SKO

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the Motion to Dismiss of Defendant Picayune Rancheria of Chukchansi Indians pursuant to Federal Rule of Civil Procedure Rule 12(b)(1) and on the basis that this court lacks subject matter jurisdiction is GRANTED.

2. That Plaintiff's Complaint and this entire action is dismissed with prejudice because it cannot be repled properly to establish this court's jurisdiction.

3. The Clerk of this Court is directed to close this case.

Dated: March 7, 2011                /s/ OLIVER W. WANGER
                                    United States District Court Judge
                                    EASTERN DISTRICT OF CALIFORNIA

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
1:10-CV-01155-OWW-SKO

PDF created with pdfFactory trial version www.pdffactory.com